IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MARIANNE ASANTE-APPIAH, Individually and on Behalf of All Others Similarly Situated**      **PLAINTIFF**

vs.      No. 1:22-cv-6311-JCD

**PANDUIT CORP.**      **DEFENDANT**

### UNOPPOSED MOTION TO WITHDRAW—JOSH SANFORD

Attorney Josh Sanford, an attorney of record herein, for his Motion to Withdraw as counsel for Plaintiff, states as follows:

1. Colby Qualls, an attorney of record herein, resigned from Sanford Law Firm, PLLC, and is now affiliated with the law firm of Forester Haynie, PLLC.

2. As noted in Mr. Qualls' Notice of Change of Law Firm Affiliation (ECF No. 25), he will remain as counsel of record on behalf of Plaintiff.

3. Due to Mr. Qualls' move to Forester Haynie, PLLC, and his continuing representation of Plaintiff, Josh Sanford of Sanford Law Firm, PLLC, moves to withdraw as counsel for Plaintiff.

4. Counsel for Plaintiff conferred with counsel for Defendant and this motion is unopposed.

WHEREFORE, premises considered, the undersigned respectfully requests that the Court order Josh Sanford withdrawn and terminated as counsel for Plaintiff.

Respectfully submitted,

**ATTORNEY JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing MOTION was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Colby Qualls, Esq.
FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100
cqualls@foresterhaynie.com

Andrew B. Cripe, Esq.
NORTON ROSE FULBRIGHT
444 W. Lake Street, Suite 1700
Chicago, Illinois 60606
Telephone: (312) 964-7800
Facsimile: (312) 964-7799
andrew.cripe@nortonrosefulbright.com

Nathan A. Shine, Esq.
NORTON ROSE FULBRIGHT US LLP
1045 W. Fulton Market, Ste. 1200
Chicago, Illinois 60607
Telephone: (312) 964-7759
nathan.shine@nortonrosefulbright.com

                                                       */s/ Josh Sanford*
                                                       **Josh Sanford**