IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**MARIANNE ASANTE-APPIAH, Individually**     **PLAINTIFF**
**and on Behalf of All Others Similarly Situated**

vs.     No. 1:22-cv-6311-JCD

**PANDUIT CORP.**     **DEFENDANT**

### NOTICE OF UNOPPOSED MOTION TO WITHDRAW—JOSH SANFORD

To: The Court and Counsel of Record

PLEASE TAKE NOTICE that on August 31, 2023, at 9:00 a.m., or as soon thereafter as counsel may be heard, Attorney Josh Sanford, counsel for Plaintiff, shall appear before the Honorable Judge Jeremy C. Daniel, or any judge sitting in his stead, in Courtroom 1419 of the United States District Court for the Northern District of Illinois, Eastern Division, and shall then and there present his Unopposed Motion to Withdraw as counsel, a copy of which has been filed and served via ECF No. 26.

Page 1 of 3
Marianne Asante-Appiah, et al. v. Panduit Corp.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-6311-JCD
Notice of Unopposed Motion to Withdraw—Josh Sanford

Respectfully submitted,

**ATTORNEY JOSH SANFORD**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 2 of 3
Marianne Asante-Appiah, et al. v. Panduit Corp.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-6311-JCD
Notice of Unopposed Motion to Withdraw—Josh Sanford**

## CERTIFICATE OF SERVICE

      I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Colby Qualls, Esq.
FORESTER HAYNIE, PLLC
400 North Saint Paul Street, Suite 700
Dallas, Texas 75201
Telephone: (214) 210-2100
cqualls@foresterhaynie.com

Andrew B. Cripe, Esq.
NORTON ROSE FULBRIGHT
444 W. Lake Street, Suite 1700
Chicago, Illinois 60606
Telephone: (312) 964-7800
Facsimile: (312) 964-7799
andrew.cripe@nortonrosefulbright.com

Nathan A. Shine, Esq.
NORTON ROSE FULBRIGHT US LLP
1045 W. Fulton Market, Ste. 1200
Chicago, Illinois 60607
Telephone: (312) 964-7759
nathan.shine@nortonrosefulbright.com

                                                                         /s/ Josh Sanford
                                                                        **Josh Sanford**

Page 3 of 3
Marianne Asante-Appiah, et al. v. Panduit Corp.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-6311-JCD
Notice of Unopposed Motion to Withdraw—Josh Sanford