**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Marianne Asante−Appiah

                    Plaintiff,

v.                                       Case No.: 1:22−cv−06311
                                         Honorable Jeremy C. Daniel

Panduit Corp.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 23, 2023:

      MINUTE entry before the Honorable Jeremy C. Daniel: Unopposed motion to withdraw Josh Sandford [26] is granted. Motion hearing set for 8/31/2023 is stricken. Mailed notice(vcf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.